UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lucretia Perry,

       Plaintiff,

v.                                                               Civil No. 13-1185 (JNE/TNL)
                                                                 ORDER
Carolyn W. Colvin, Acting Commissioner of
Social Security,

       Defendant.

In a Report and Recommendation dated July 31, 2014, the Honorable Tony N. Leung,

United States Magistrate Judge, recommended that Plaintiff's Motion for Summary Judgment be

denied and that the Commissioner's Motion for Summary Judgment be granted.  Plaintiff did not

object to the Report and Recommendation.  The Commissioner filed a response to the Report and

Recommendation, asserting that it should be adopted.  The Court has conducted a de novo

review of the record.  Based on that review, the Court accepts the recommendations to deny

Plaintiff's motion and to grant the Commissioner's motion.  The Court affirms the

Commissioner's decision.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

    1.     Plaintiff's Motion for Summary Judgment [Docket No. 9] is DENIED.

    2.     The Commissioner's Motion for Summary Judgment [Docket No. 15] is
          GRANTED.

    3.     The Commissioner's decision is AFFIRMED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2014

                                  s/Joan N. Ericksen
                                  JOAN N. ERICKSEN
                                  United States District Judge